IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BROOKE CALDWELL,                         *
                                         *
            Plaintiff,                   *
                                         *
vs.                                      *   No. 4:15CV00194 SWW
                                         *
AMERICAN MEDICAL COLLECTION              *
AGENCY,                                  *
                                         *
            Defendant.                   *

**Order**

Pursuant to the stipulation of dismissal filed by the parties that this matter may be dismissed,

IT IS THEREFORE ORDERED that plaintiff's complaint against defendant in this matter hereby is dismissed with prejudice.

DATED this 27th day of August, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE